UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00404-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD LESLIE DRAKE,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Thursday, November 12, 2009,** and responses to these motions shall be filed by **Monday, November 23, 2009.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, November 30, 2009, at 4:00 p.m. in courtroom A-1002**  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, December 7, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: October 13, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge