UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00404-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD LESLIE DRAKE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Donald Leslie Drake filed a Notice of disposition on January 4, 2010. **A Change of Plea hearing is set for Monday, March 1, 2010 at 2:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  January 5, 2010