UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00404-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD LESLIE DRAKE,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, March 15, 2010.** It is

    FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, and final trial preparation conference at a future date. It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, March 22, 2010, at 9:00 a.m. in courtroom A-1002.**

    Dated: March 3, 2010

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge