UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00404-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DONALD LESLIE DRAKE,

      Defendant.

---

## MINUTE ORDER

---

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on March 8, 2010.  The trial set for March 22, 2010 is hereby **VACATED**.  A Change of Plea hearing is set for **Friday, April 16, 2010 at 4:00 pm.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated: March 11, 2010