UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00404-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD LESLIE DRAKE,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Change of Plea Hearing set for Monday, April 19, 2010, at 11:00 a.m. is **VACATED** and **RESET** to **Tuesday, May 18, 2010, at 4:00 p.m., in courtroom A-1002.**

    Dated: April 7, 2010.