UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00404-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD LESLIE DRAKE,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing set for Thursday, June 10, 2010 at 11:00 a.m. is continued to **Tuesday, August 24, 2010 at 4:00 p.m.**

    Dated: May 19, 2010.