UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00404-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DONALD LESLIE DRAKE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A status conference and a hearing on the Defendant's Motion to Suppress Statements [ECF No. 43], filed January 18, 2011 and Defendant's Motion for Government to Provide Notice of Rule 404(B) and 608 Evidence [ECF No. 44], filed January 18, 2011 is set for **Monday, April 4, 2011** at **2:30 p.m.** in Courtroom A-1002.

    Dated:  February 2, 2011