UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00404-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DONALD LESLIE DRAKE,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the hearing set for Thursday, May 26, 2011 at 10:00 is **VACATED**.  The hearing is **RESET** for **Tuesday, June 28, 2011** at **2:30 PM.**

      Dated:  May 9, 2011