**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | June 28, 2011 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No.  **09-cr-00404-WYD**        Counsel:

UNITED STATES OF AMERICA,                       Michele R. Kelley

      Plaintiff,

v.

**1.  DONALD LESLIE DRAKE**,                    John H. Schlie

      Defendant.

**COURTROOM MINUTES**

**MOTIONS HEARING**

**2:36 p.m.**   Court in Session - Defendant present (on-bond)

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

        Defendant's Motion to Suppress Statements (ECF Doc. #43), filed January 18, 2011, is raised for argument.

2:37 p.m.   Government's witness **Donald Zirkle** sworn.

        Direct examination by Government (Ms. Kelley).
        ***EX ID:***        **1, 2, 3, 4, 5, 6, 7, 8**

**Exhibit(s) 1, 2, 3, 4, 5, 6, 7, 8 RECEIVED.**

3:08 p.m.        Cross examination by Defendant (Mr. Schlie).
                 *EX ID:        A*

**Exhibit(s) A RECEIVED.**

3:14 p.m.        Government rests.

3:16 p.m.        Defendant's witness **Kayla Norrod** sworn.

                 Direct examination by Defendants (Mr. Schlie).

3:20 p.m.        Cross examination by Government (Ms. Kelley).

3:24 p.m.        Re-Direct examination by Defendant (Mr. Schlie).

3:24 p.m.        Defendant rests.

3:25 p.m.        Government's rebuttal witness **Lina Rivera** sworn.

                 Direct examination by Government (Ms. Kelley).

3:30 p.m.        Cross examination by Defendant (Mr. Schlie).

3:32 p.m.        Government rests.

3:33 p.m.        Argument by Defendant (Mr. Schlie).

3:34 p.m.        Argument by Government (Ms. Kelley).

3:35 p.m.        Argument by Defendant (Mr. Schlie).

3:36 p.m.        Argument by Government (Ms. Kelley).

**ORDERED:**   Defendant's Motion to Suppress Statements (ECF Doc. #43), filed January 18, 2011, is **TAKEN UNDER ADVISEMENT.**

                 Defendant's Motion for Disclosure of 404(b) Evidence (ECF Doc. #44), filed January 18, 2011, is raised for argument.

3:40 p.m.        Argument by Defendant (Mr. Schlie).

3:40 p.m.        Argument by Government (Ms. Kelley).

**ORDERED:**   Defendant's Motion for Disclosure of 404(b) Evidence (ECF Doc. #44), filed January 18, 2011, is **GRANTED.**

**ORDERED:**   Counsel shall file a joint status report regarding Speedy Trial calculations not later than **Tuesday, July 5, 2011.**

**ORDERED:**   Bond is **CONTINUED.**

**3:44 p.m.**   Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:**   **EXHIBITS RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:   1:08**