**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 26, 2012 | Probation: | Robert Ford |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **09-cr-00404-WYD**           Counsel:

UNITED STATES OF AMERICA,                      Michele M. Kelley

       Plaintiff,

v.

**1.  DONALD LESLIE DRAKE**,                   John H. Schlie

       Defendant.

## SENTENCING

**2:32 p.m.**   Court in Session - Defendant present (on-bond)

**Change of Plea Hearing - November 29, 2011, at 4:00 p.m.
Plea of Guilty - count 4 of Indictment**

APPEARANCES OF COUNSEL.

Court's opening remarks.

2:33 p.m.   Statement on behalf of Government (Ms. Kelley).

2:33 p.m.   Statement and argument on behalf of Defendant (Mr. Schlie).

2:35 p.m.   Statement on behalf of Government (Ms. Kelley).

2:39 p.m.   Statement on behalf of Probation (Mr. Ford).

2:40 p.m.   Statement on behalf of Defendant (Mr. Schlie).

2:44 p.m.         Statement by Defendant on his own behalf (Mr. Drake).

                  Court makes findings.

**ORDERED:**   Defendant's Motion for Downward Variance from the Advisory Guideline Range (ECF Doc. No. 77), filed March 12, 2012, is **DENIED AS MOOT.**

**ORDERED:**   Defendant is placed on **probation** for a term of **5** years.

**ORDERED:**   **Conditions** of **Probation** are:

  (X)   Defendant shall not commit another federal, state or local crime.

  (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

  (X)   Defendant shall comply with standard conditions adopted by the Court.

  (X)   If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

  (X)   The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because the presentence report indicates a low risk of future substance abuse by the defendant.

  (X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Probation** are:

  (X)   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule.

  (X)   As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant to make **restitution** as follows:

| **Victims** | **Amount** |
|---|---|
| Social Security Administration<br>Debt Management Section<br>ATTN: Court Refund<br>PO Box 2861<br>Philadelphia, Pennsylvania  19122 | $18,803.50 |

*Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.*

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss (ECF Doc. No. 79), filed March 20, 2012, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

**2:50 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :18**