**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   09-cr-00404-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD LESLIE DRAKE,

    Defendant.

---

**ORDER**

---

    THIS MATTER coming before the Court upon motion of the government to dismiss Counts 1 through 3 and Counts 5 through 43 of the Indictment in the above-entitled case, and the Court having considered the same, it is hereby

    ORDERED that Government's Motion to Dismiss (ECF Doc. No. 79), filed March 20, 2012, is **GRANTED.**  It is further

    ORDERED that Counts 1 through 3, and 5 through 43 of the Indictment in the above-captioned case are dismissed.

    Dated:  March 26, 2012.

                                         BY THE COURT:

                                         s/ Wiley Y. Daniel
                                         WILEY Y. DANIEL,
                                         CHIEF UNITED STATES DISTRICT JUDGE